IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00038-MR-WCM

| | |
|---|---|
| ELIZABETH DIXON, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> COLGATE-PALMOLIVE COMPANY, <br><br> Defendant. | ORDER |

This matter is before the Court on a letter motion (the "Motion," Doc. 15) in which Plaintiff represents that the parties have agreed in principle upon key terms for a proposed class-wide settlement, and requests that all deadlines, including Defendant's August 24, 2023 deadline to respond to Plaintiff's Amended Complaint, be stayed.

For the reasons set forth in the Motion, and after conferring with the chambers of the presiding District Judge, the Motion will be allowed.

**IT IS THEREFORE ORDERED** that the Motion (Doc. 15) is **GRANTED** as follows:

(1) This matter is **TEMPORARILY STAYED** through and including **September 28, 2023**. Absent a motion requesting that this stay be extended for good cause, the temporary stay will automatically expire on

**September 29, 2023**.

(2) The parties **SHALL FILE** Joint Status Reports every thirty (30) days setting forth the status of the proposed settlement. The first Joint Status Report shall be filed on or before **September 28, 2023.**

It is so ordered.

Signed: August 24, 2023

W. Carleton Metcalf
United States Magistrate Judge